**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Doosan Bobcat North America, Inc., Plaintiff, vs. John Doe 1, and John Doe 2, Defendants. | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT PRE-SERVICE DISCOVERY** Case No. 1:26-cv-351 |

This matter is before the Court on Plaintiff's Emergency Motion for Leave of Court to Conduct Pre-Service Discovery. See Doc. No. 5. For good cause shown, the Court **GRANTS** the Motion pursuant to 26(d)(1) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiff may issue subpoenas for documents and depositions to: (1) ascertain the identities of John Doe 1 and John Doe 2, (2) identify those persons or entities who caused or contributed to funds from Plaintiff's business transactions allegedly being stolen, (3) discover facts and documents relating to the disposition of funds in and from PenFed Credit Union account number xxxxxx2024 (the "PenFed Account") since April 1, 2026 (two months prior to the first allegedly fraudulent wire transfer), (4) discover facts and documents relating to the ACH Transfers or ACH transfers from Plaintiff transmitted by ACH to the PenFed Account (the "ACH Transfers"), (5) discover facts and information relating to the location of the funds and subsequent transfers of the funds from the ACH Transfers, (6) trace the funds from the ACH Transfers, and (7) discover facts and information relating to all other assets, proceeds of assets, and disposition of assets of the holder of the PenFed Account and subsequent transferees of the funds from the ACH Transfers.

**IT IS FURTHER ORDERED** that the recipients of the Subpoenas shall give notice to the account holders of the subpoenas issued pursuant to this Order to allow the account holders an opportunity to object prior to production of the documents subpoenaed.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2026.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court