**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Doosan Bobcat North America, Inc., | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| John Doe 1; and John Doe 2, | ) | |
| | ) | Case No. 1:26-cv-351 |
| Defendants. | ) | |

---

Plaintiff initiated the above-captioned action against Defendants John Does 1 and 2 on October 7, 2026. (Doc. No. 1)./ On November 11, 2026, Plaintiff filed Motion to Substitute and Add Parties pursuant to Fed. R. Civ. P. 19(a)(1)A(A) and 20(a)(2). (Doc. No. 21). For good cause shown, the court **GRANTS** Plaintiff's motion (Doc. No. 21). Armand James Fregeau shall be substituted in place of Defendant John Doe 1. G&R Operations, LLC shall be substituted in place of John Doe 2. Gwendolyn Hill shall be joined as a nominal party Defendant. Plaintiff have until December 4, 2026, to file an Amended Complaint.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court